THE HONORABLE EDWARD F. SHEA

F. Ross Boundy
Stuart R. Dunwoody
Roger A. Leishman
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: (206) 622-3150

Floyd E. Ivey
IVEY LAW OFFICES, P.S. CORP.
7233 W. Deschutes Avenue
Suite C, Box #3
Kennewick, WA 99336
Telephone: (509) 735-6622

Attorneys for Plaintiff/Counter-Defendant
NORTHWEST AGRICULTURAL PRODUCTS, INC.

Douglas B. Greenswag
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-0602
Telephone: (206) 623-7580

J. Michael Keyes
K&L GATES LLP
618 West Riverside Avenue, Suite 300
Spokane, WA 99201-0602
Telephone: (509) 624-2100

Attorneys for Defendant/Counter-Plaintiff
EMERALD BIOAGRICULTURE CORP.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORTHWEST AGRICULTURAL PRODUCTS, INC., a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> EMERALD BIOAGRICULTURE CORP., a Delaware corporation, <br><br> Defendant, | No. CV-08-5042-EFS <br><br> ORDER OF DISMISSAL WITH PREJUDICE |

ORDER OF DISMISSAL WITH PREJUDICE- 1
Case No. CV-08-5042-EFS

K:\2066531\00001\17096_XRH\17096P263H

DWT 12854064v1 0087527-000001

K&L GATES LLP
618 WEST RIVERSIDE AVENUE
SUITE 300
SPOKANE, WA 99201-0602
TELEPHONE: (509) 624-2100
FACSIMILE: (509) 456-0146

1

2  EMERALD BIOAGRICULTURE
   CORP., a Delaware corporation,
3
                              Counter-Plaintiff,
4       v.

5  NORTHWEST AGRICULTURAL
   PRODUCTS, INC., a Washington
6  corporation,
                         Counter-Defendant.
7

8

9       THIS MATTER came before the undersigned judge of the above-entitled Court,

10 on the Stipulated Dismissal with Prejudice of the parties, filed herewith.

11      Based upon the parties' Stipulated Dismissal with Prejudice, it is hereby

12      ORDERED, ADJUDGED AND DECREED that the above-captioned action

13 and all claims herein is dismissed with prejudice, with each party to bear its own costs

14 and fees, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

15      DATED this ___13th___ day of May, 2009.

16

17                              s/ Edward F. Shea

18                              HONORABLE EDWARD F. SHEA

19

20

21

22

23

24

25

26

ORDER OF DISMISSAL WITH PREJUDICE- 2
Case No. CV-08-5042-EFS

K:\2066531\00001\17096_XRH\17096P263H

DWT 12854064v1 0087527-000001

K&L GATES LLP
618 WEST RIVERSIDE AVENUE
SUITE 300
SPOKANE, WA  99201-0602
TELEPHONE: (509) 624-2100
FACSIMILE: (509) 456-0146